

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| MARGARET ELIZABETH WESTON, | § | No. 08-23-00235-CV |
| Appellant, | § | Appeal from |
| v. | § | Probate Court No. 1 |
| JONATHAN BALLENGER CLUCK, Independent Executor of the Estate of MARGARET BALLENGER CLUCK, Deceased, | § § | of Bexar County, Texas (TC# 2023PC00681) |
| | § | |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF APRIL 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.